IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARK INITIATIVE, DONALD DUERR, and SCOTT SCHLESINGER,  )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No. 1:14-CV-00633-JEB |
| ) | |
| THOMAS TIDWELL, Chief, United States Forest Service; SCOTT FITZWILLIAMS, Supervisor, White River National Forest; MARIBETH GUSTAFSON, Deputy Regional Forester, United States Forest Service  )<br>)<br>)<br>)<br>)<br>)<br>) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| and  ) | |
| ) | |
| ASPEN SKIING COMPANY, ) | |
| ) | |
| Intervenor Defendant. )<br>) | |

**FEDERAL DEFENDANTS' RESPONSE IN SUPPORT OF
INTERVENOR-DEFENDANT ASPEN SKIING COMPANY'S
MOTION TO STRIKE AMENDED COMPLAINT**

Federal Defendants hereby file this Response in Support of Intervenor-Defendant Aspen Skiing Company's Motion to Strike Amended Complaint (ECF No. 22), which was filed on June 16, 2014 in the above-captioned case. Federal Defendants agree that Plaintiffs' Amended Complaint (ECF No. 16) should be stricken because, *inter alia*, the third claim of the Amended Complaint is in effect a new claim brought by new party Rocky Mountain Wild because this Court previously ruled that the existing Plaintiffs cannot bring that third claim for relief; Plaintiffs did not file the Amended Complaint until day 50 of the 97-day stipulated expedited summary judgment schedule, which was only two business days before they moved for summary

judgment on all claims in the Amended Complaint; and Plaintiffs' attempted amendment is futile because new party Rocky Mountain Wild did not exhaust its administrative remedies as required by statute before seeking judicial review of the Forest Service decision at issue.

Respectfully submitted on this 18th day of June, 2014.

> SAM HIRSCH
> Acting Assistant Attorney General
> Environment and Natural Resources Division
>
> */s/      Beverly Li*
> BEVERLY LI
> JOHN P. TUSTIN
> CHRISTINE A. HILL
> Trial Attorneys
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Phone: (202) 353-9213 (Li)
>           (202) 305-3022 (Tustin)
>           (202) 305-0430 (Hill)
> Fax:    (202) 305-0506
> beverly.li@usdoj.gov
> john.tustin@usdoj.gov
> christine.hill2@usdoj.gov
>
> RONALD C. MACHEN
> United States Attorney
>
> *Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Eric R. Glitzenstein
eglitzenstein@meyerglitz.com

William S. Eubanks, II
beubanks@meyerglitz.com

*Attorneys for Plaintiffs*

Ezekiel J. Williams
zwilliams@lewisbess.com

Steven K. Imig
simig@lewisbess.com

Benjamin H. Kass
bkass@lewisbess.com

*Attorneys for Proposed Intervenor-Defendant*

                                                          /s/   *Beverly Li*
                                                          Beverly Li
                                                          *Attorney for Federal Defendant*